JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA LUZ ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO USA, LLC; AUTONATION VOLVO CARS SOUTH BAY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-10300-JFW-JC<br><br>**ORDER REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES FROM UNITED STATES DISTRICT COURT** |

# **ORDER**

Upon consideration of the Joint Stipulation of Plaintiff MARTHA LUZ ANDERSON and Defendants VOLVO USA, LLC and AUTONATION VOLVO CARS SOUTH BAY to allow Plaintiff's action to be Remanded from United States District Court to Superior Court of the State of California for the County of Los Angeles:

**IT IS ORDERED** that:

Plaintiff's action shall be remanded to Superior Court of the State of California for the County of Los Angeles – Central District.

**IT IS SO ORDERED.**

DATED:_January 28, 2019   _____
                          Hon. John F. Walter
                          UNITED STATES DISTRICT JUDGE